No. 6153.—Solivellas & Co., Sucrs., apldos. *v.* Sucn. Mariani, etc., apltes.—C. D. Ponce. ▆▆▆▆▆▆▆▆ Julio 16, 1935.

(Por la Corte, a propuesta del Juez Asociado Sr. Aldrey.)

Celebrada la vista de esta apelación sin que asistieran los abogados de ambas partes y apareciendo que los hechos en este recurso son substancialmente iguales a los del caso de *G. Llinás & Co., S. en C., v. Sucn. Mariani Bartoli,* 47 D. P. R. 574, y que los errores alegados ahora son los mismos que fueron señalados, considerados y resueltos en el caso citado, por los motivos expuestos en dicha decisión debe confirmarse, y se confirma, la sentencia apelada.

No. 5858.—De la Torre & Ramírez, aplda. *v.* Bengoechea, aplte. —C. D. San Juan. ▆▆▆▆▆▆▆ Julio 24, 1935.

(Por la Corte, a propuesta del Juez Asociado Sr. Wolf.)

Por cuanto, después de presentada la fianza de *supersedeas* en este caso, la demandante apelada con fecha 15 de junio de 1935 presentó un escrito solicitando:

1. La modificación de la fianza a fin de que responda no sólo de daños y perjuicios sino del importe de la sentencia;

2. Que se acrediten las facultades de los representantes de la fiadora y de la principal; y

3. Que se deje sin efecto la aprobación de la fianza concediéndose un nuevo término a la demandada para formalizar una nueva debidamente otorgada;

Por cuanto, la parte apelante ha radicado con fecha 12 del corriente una nueva fianza que parece cumplir en la letra y en el espíritu con los requisitos exigidos por la ley y el reglamento de la Corte de Circuito;

Por cuanto, la compañía fiadora Maryland Casualty Company ha acreditado satisfactoriamente las facultades del apoderado que autoriza dicha fianza que ahora suscribe directamente la demandada y fiada;

Por tanto, se aprueba la referida fianza radicada el día 12 del corriente y agréguese la misma a los autos a los fines procedentes.